Clara Mae HUGHES, Appellant,

v.

STATE of Texas, Appellee.

No. 29996.

Court of Criminal Appeals of Texas.

Oct. 22, 1958.

No appearance for appellant.

Dan Walton, Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

The offense is the possession of amphetamine; the punishment, a fine of $500.

The State, through her district attorney, confesses error, and we agree. Subsequent to the instant prosecution, this Court in Harrell v. State, Tex.Cr.App., 314 S.W.2d 590, held that Section 8 of Article 726c.

**56**

Vernon's Ann.P.C., insofar as it attempts to make unlawful the possession and delivery of amphetamine is void because of indefiniteness and uncertainty.

The judgment is reversed and the prosecution is ordered dismissed.